The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# TACOMA DIVISION

| | |
|---|---|
| DONNA BRIM, KIMBERLY PERRY, and JANET TURNER LAMONICA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE CARE, INC.,<br><br>Defendant. | Case No.: 3:24-cv-05133-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

THIS MATTER has come before the undersigned Judge on the Parties' Stipulated Motion to Extend Time to Respond to Consolidated Amended Complaint. The parties state that they are negotiating a potential early resolution and are in the process of meeting and conferring, as set forth in the accompanying motion. Thus, the parties have agreed to a 60-day extension of time for Defendant to respond to Plaintiffs' Consolidated Amended Complaint, through and including August 30, 2024. The Court finds good cause to grant the motion and extend the deadline to respond to Plaintiffs' Consolidated Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Parties' Stipulated Motion to Extend Time to Respond to the Consolidated Amended Complaint is **GRANTED**.

2. Defendant shall file a response to Plaintiffs' Consolidated Amended Complaint by August 30, 2024.

3. All other deadlines shall remain in place.

DATED: June 25th, 2024

_____
BENJAMIN H. SETTLE
United States District Judge

Respectfully Submitted,

By: */s/ Nicholas C. Larson*
Nicholas C. Larson, WSBA No. 46034
MURPHY PEARSON BRADLEY & FEENEY
520 Pike St, Suite 1205
Seattle, WA 98101
Telephone: (206) 219-2008
Email: nlarson@mpbf.com
*Attorneys for Defendant Prestige Care, Inc.*

By: */s/Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth A venue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
Fax: (206) 682-2992
kboyd@tousley.com

Gary E. Mason, Pro Hac Vice
Danielle L. Perry, Pro Hac Vice
Lisa A. White, Pro Hac Vice

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME TO RESPOND TO
CONSOLIDATED AMENDED COMPLAINT    -2

MURPHY PEARSON BRADLEY & FEENEY
520 PIKE ST, SUITE 1205
SEATTLE, WA 98101

| | |
|---|---|
| 1 | **MASON LLP** |
| 2 | 5335 Wisconsin Avenue, NW, Suite 640<br>Washington, DC 20015 |
| 3 | Tel: (202) 429-2290<br>gmason@masonllp.com |
| 4 | dperry@masonllp.com<br>lwhite@masonllp.com |
| 5 | |
| 6 | Gary M. Klinger, Pro Hac Vice |
| 7 | **MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC** |
| 8 | 227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606 |
| 9 | Tel: (202) 429-2290<br>gklinger@milberg.com |
| 10 | |
| 11 | |
| 12 | Bryan L. Bleichner, Pro Hac Vice<br>Philip J. Krzeski, Pro Hac Vice |
| 13 | **CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700 |
| 14 | Minneapolis, MN 55401<br>Tel: (612) 339-7300 |
| 15 | Fax: (612) 336-2940<br>bbleichner@chestnutcambronne.com |
| 16 | pkrzeski@chestnutcambronne.com |
| 17 | James F. Monagle, Pro Hac Vice |
| 18 | **MULLEN COUGHLIN LLC**<br>500 Capitol Mall, Suite 2350 |
| 19 | Sacramento, CA 95814<br>(267) 930-1529 |
| 20 | jmonagle@mullen.law |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| ORDER GRANTING STIPULATED<br>MOTION TO EXTEND TIME TO RESPOND TO<br>CONSOLIDATED AMENDED COMPLAINT | -3 | MURPHY PEARSON BRADLEY & FEENEY<br>520 PIKE ST, SUITE 1205<br>SEATTLE, WA 98101 |
|---|---|---|