The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNA BRIM, KIMBERLY PERRY, and JANET TURNER LAMONICA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PRESTIGE CARE, INC.,

Defendant.

NO. 3:24-cv-05133-BHS

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL/SETTLEMENT PAPERWORK**

NOTE ON MOTION CALENDAR:
November 18, 2024

## I.    STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Donna Brim, Kimberly Perry, and Janet Turner Lamonica, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Prestige Care, Inc. ("Defendant") hereby respectfully submit this stipulated motion for an extension of time to file Dismissal/Settlement paperwork, and state as follows:

1. On September 16, 2024, the Parties notified the Court that they had reached a settlement.

2. On September 18, 2024, the Court terminated all pending deadlines and ordered Dismissal/Settlement paperwork to be filed by November 18, 2024.

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL - 1
3:24-cv-05133-BHS

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

3. The Parties continue to finalize the documents necessary to file their Motion for Preliminary Approval, including a declaration that Plaintiffs intend to file in support of their Motion. The Parties are nearly finished with the final documentation, but need additional time to obtain client approval and signatures.

4. The Parties agree and believe that an additional seven days would assist the Parties in finalizing the documents they need to present a full and helpful record to the Court.

5. In light of the above, the Parties stipulate and agree that good cause exists for an extension as stipulated herein.

6. Considering the above and subject to Court approval, the Parties stipulate and ask that the Court order that they shall have an extension of time up to and including November 25, 2024 to file Settlement/Dismissal paperwork.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that the Parties be granted an extension as stipulated and agreed herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 18th day of November, 2024.

**TOUSLEY BRAIN STEPHENS PLLC**


By: *s/Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile: 206-682-2992
kboyd@tousley.com

Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL - 2
3:24-cv-05133-BHS

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkreszki@chestnutcombronne.com

Michael C. Submit, WSBA No. 29189
**FRANK FREED SUBIT & THOMAS**
705 2nd Ave., Suite 1200
Seattle, WA 98104-1729
Telephone: (206) 682-6711
msubit@frankfreed.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

*Pro Hac Vice*

By: *s/Nicholas C. Larson*
Nicholas C. Larson, WSBA No. 46034
**MURPHY PEARSON BRADLEY & FEENEY**
520 Pike St, Suite 1205
Seattle, WA 98101
Telephone: (206) 219-2008
nlarson@mpbf.com

James F Monagle*
**MULLEN COUGHLIN LLC**
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Phone: (267) 930-1529
jmonagle@mullen.law

*Attorneys for Defendant Prestige Care, Inc.*

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL - 3
3:24-cv-05133-BHS

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

It is so ORDERED:

Plaintiffs shall file Dismissal/Settlement paperwork on or before November 25, 2024.

Dated this 19th day of November, 2024.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL - 4
3:24-cv-05133-BHS

**Tousley Brain Stephens PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992